UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. RINCON, <br>     Plaintiff, <br> v. <br> WILLIAM HONSAL, et al., <br>     Defendants. | Case No. 18-cv-02160-VC   (PR) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On April 11, 2018, Arthur Rincon, a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983.

On May 8, 2019, the Court sent Rincon an order granting a joint motion for an extension of time. On May 17, 2019, the order was returned to the Court as undeliverable because Rincon was no longer in custody.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b).

More than sixty days have passed since the mail sent to Rincon by the Court was returned as undeliverable and the Court has not received a notice from Rincon of his current address.

Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
VINCE CHHABRIA
United States District Judge